UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  20-14989
Anthony Chavez  )
  )   Chapter:  7
  )   Honorable Timothy Barnes
  )
  )
Debtor(s)  )

### ORDER GRANTING DEBTOR'S COUNSEL LEAVE TO WITHDRAW

This cause coming to be heard on Debtor's Counsel's Motion to withdraw, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given, IT IS HEREBY ORDERED:

1. Salvador J. Lopez and Robson & Lopez LLC are granted leave to withdraw as Debtor's Counsel.

2. Counsel shall send a copy of this order to Debtor via first class mail.

3. From the entry of this order forward, the Debtor will be considered to be representing himself pro se in this matter unless and until another counsel appears on his behalf.  All notices to the Debtor will be to his address on file in this case.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  January 11, 2021

**Prepared by:**

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez LLC
Attorneys for Debtors
116 S. Western, #12247
Chicago, IL 60612